UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CAROL LOGRECO                                                                                          PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:22-CV-668-KHJ-MTP

MARK ZIPPERER and
PRICE HOSPITALITY, LLC                                                                           DEFENDANTS

ORDER

This case is before the Court on Defendants Mark Zipperer's and Price Hospitality, LLC's [6] Motion to Dismiss or, alternatively, Compel Arbitration. Plaintiff Carol Logreco has responded to the motion and conceded that arbitration is appropriate. Pl.'s Resp. Mot. Compel Arbitration [9].

Accordingly, Defendants' [6] Motion to Compel Arbitration is GRANTED, and Plaintiff is hereby ordered to submit her claims to arbitration pursuant to the agreement between the parties. Because Logreco's claims have been referred to binding arbitration, the Clerk of the Court is to administratively close this case. Either party may seek, by motion, to reopen this case in the event further action is required by the Court.

SO ORDERED AND ADJUDGED this the 28th day of February, 2023.

                                                                               s/ *Kristi H. Johnson*
                                                                               UNITED STATES DISTRICT JUDGE